JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA NOEMI BAUTISTA DIAZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-09454-FLA (MAAx)<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND MATTER TO STATE COURT [DKT. 25]**<br><br>Action Filed: September 4, 2020<br>Action Removed: October 15, 2020<br>Trial Date: Not set |

The court, having considered the Joint Stipulation signed by counsel for Plaintiff Alicia Noemi Bautista Diaz ("Plaintiff") and counsel for Defendant Gate Gourmet, Inc. ("Defendant") (collectively referred to herein as the "Parties") to Remand this Matter to State Court, HEREBY ORDERS:

1. All pre-trial dates and deadlines in this case are VACATED; and
2. This action is REMANDED to the Los Angeles Superior Court.

IT IS SO ORDERED.

Dated: June 28, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge